# SCHEDULE A

MDL-1842 -- In re Kugel Mesh Hernia Patch Products Liability Litigation

| | CASE NUMBER DISTRICT OF RHODE ISLAND |
|---|---|
| Northern District of Alabama | |
| *Lilyan Kathleen Hall, et al. v. Davol, Inc., et al.*, C.A. No. 3:07-480 | 07–1843 |
| Eastern District of Arkansas | |
| *Carolene Jean Carter v. Davol, Inc., et al.*, C.A. No. 4:06-1012 | 07–1844 |
| Western District of Arkansas | |
| *Mary Jane Campbell v. Davol, Inc., et al.*, C.A. No. 5:06-5154 | 07–1845 |
| Eastern District of California | |
| *Daniel Poston, et al. v. Davol, Inc.*, C.A. No. 2:07-32 | 07–1846 |
| Northern District of Florida | |
| *Jane R. Wilson v. Davol, Inc., et al.*, C.A. No. 3:06-541 | 07–1847 |
| Central District of Illinois | |
| *James Daniel Mathien v. Davol, Inc., et al.*, C.A. No. 2:07-2031 | 07–1848 |
| Eastern District of Missouri | |
| *Timothy J. Edgar v. Davol, Inc.*, C.A. No. 4:06-1471 | 07–1849 |
| District of New Jersey | |
| *Jenine Von Essen v. C.R. Bard, Inc., et al.*, C.A. No. 2:06-4786 | 07–1850 |
| Eastern District of New York | |
| *Thomas D. Hyland, et al. v. Davol, Inc., et al.*, C.A. No. 2:07-1054 | 07–1851 |
| Southern District of New York | |
| *Sophia Katechis, et al. v. Davol, Inc., et al.*, C.A. No. 1:07-2098 | 07–1852 |

**MDL-1842 Schedule A (Continued)**

| | CASE NUMBER<br>DISTRICT OF RHODE ISLAND |
|---|---|
| Northern District of Ohio | |
| *Richard H. Sayler, et al. v. Davol, Inc., et al.*, C.A. No. 1:07-765 | **07–1853** |
| District of Rhode Island | |
| *Sonia Montiel, et al. v. Davol, Inc., et al.*, C.A. No. 1:07-64 | |
| Middle District of Tennessee | |
| *George Andrew Luffman v. C.R. Bard, Inc., et al.*, C.A. No. 3:07-243 | **07–1854** |