CASE-CLOSED, KNOWLES

**U.S. District Court**
**Middle District of Tennessee (Nashville)**
**CIVIL DOCKET FOR CASE #: 3:07-cv-00243**
**Internal Use Only**

Luffman v. C.R. Bard Inc. et al
Assigned to: District Judge William J. Haynes, Jr
Demand: $300,000
Cause: 28:1446 Notice of Removal- Product Liability

Date Filed: 02/26/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**George Andrew Luffman**

represented by **Donald D. Zuccarello**
Law Office of Donald D. Zuccarello
3209 West End Avenue
Nashville, TN 37203
(615) 259-8100
Email: dzuccarello@ddzlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nina H. Parsley**
Law Office of Donald D. Zuccarello
3209 West End Avenue
Nashville, TN 37203
(615) 259-8100
Email: nparsley@ddzlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C. R. Bard, Inc.**
*a New Jersey corporation*

represented by **Andrew L. Colocotronis**
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
900 South Gay Street
2200 Riverview Tower
Knoxville, TN 37902
(865) 549-7000
Email: acolocotronis@bakerdonelson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dana Alan Gausepohl**

Spriggs & Hollingsworth
1350 I Street, NW
9th Floor
Washington, DC 20005
US
(202) 898-5800
Fax: (202) 682-1639
Email: dgausepohl@spriggs.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kirby T. Griffis**
Spriggs & Hollingsworth
1350 I Street, NW
9th Floor
Washington, DC 20005
US
(202) 898-5800
Fax: (202) 682-1639
Email: kgriffis@spriggs.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melissa Loney Stevens**
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
P O Box 1792
Knoxville, TN 37901-1792
(865) 549-7000
Fax: (865) 525-8569
Email: mstevens@bakerdonelson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Davol Inc.**
*a Rhode Island corporation*

represented by **Andrew L. Colocotronis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dana Alan Gausepohl**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kirby T. Griffis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melissa Loney Stevens**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/26/2007 | 1 | NOTICE OF REMOVAL by C R. Bard Inc., Davol Inc. from Circuit Court for Davidson County, Tennessee. (filing fee paid $350.00) (Attachments: #(1) Exhibit A, including original complaint #(2) Exhibit B)(rm) (Entered: 02/27/2007) |
| 02/26/2007 | 2 | CORPORATE DISCLOSURE STATEMENT filed by C.R. Bard Inc., Davol Inc. (rm) (Entered: 02/27/2007) |
| 02/26/2007 | 3 | NOTICE of Initial Case Management Conference set for Monday, 4/23/2007 at 2:00 PM in Courtroom A859 before District Judge William J. Haynes. (rm) (Entered: 02/27/2007) |
| 03/06/2007 | 4 | ANSWER to Complaint with Jury Demand by C. R. Bard, Inc., Davol Inc. (Stevens, Melissa) (Entered: 03/06/2007) |
| 03/14/2007 | 5 | MOTION for More Definite Statement by George Andrew Luffman. (Zuccarello, Donald) (Entered: 03/14/2007) |
| 03/22/2007 | 7 | Letter from deputy clerk to Attys Gausepohl & Griffis re compliance with Local Rule 83.01. (gi, ) (Entered: 03/27/2007) |
| 03/26/2007 | 6 | NOTICE by George Andrew Luffman re 5 MOTION for More Definite Statement (Attachments: # 1 Proposed Order Order to Withdraw Motion) (Zuccarello, Donald) (Entered: 03/26/2007) |
| 04/19/2007 | 8 | ORDER that pltf's 5 Motion for a More Definite Statement is withdrawn from the Court's docket. Signed by Judge William J. Haynes on 4/18/07 (gi, ) (Entered: 04/19/2007) |
| 04/19/2007 | | ***Motion 5 for a More Definite Statement termed per order 8. (gi, ) (Entered: 04/19/2007) |
| 04/20/2007 | 9 | PROPOSED CASE MANAGEMENT ORDER filed by all parties. (Parsley, Nina) (Entered: 04/20/2007) |
| 04/23/2007 | 10 | MOTION for attorney Kirby T. Griffis to Appear Pro Hac Vice by C. R Bard, Inc. (PHV Fee Paid) (Attachments: # 1 Proposed Order ORDER GRANTING PERMISSION TO APPEAR PRO HAC VICE)(Stevens, Melissa) Modified on 4/24/2007 (gi, ). (Entered: 04/23/2007) |
| 04/23/2007 | 11 | CERTIFICATE OF GOOD STANDING filed by C. R. Bard, Inc.. (Stevens, Melissa) (Entered: 04/23/2007) |
| 04/23/2007 | 12 | MOTION for attorney Dana Alan Gausepohl to Appear Pro Hac Vice by C. R. Bard, Inc (PHV Fee Paid) (Attachments: # 1 Proposed Order Order Granting Permission to Appear Pro Hac Vice)(Stevens, Melissa) |

| | | |
|---|---|---|
| | | Modified on 4/24/2007 (gi, ). (Entered: 04/23/2007) |
| 04/23/2007 | 13 | CERTIFICATE OF GOOD STANDING filed by C. R. Bard, Inc. (Stevens, Melissa) (Entered: 04/23/2007) |
| 04/23/2007 | 14 | RECEIPT #114525 in the amount of $150.00 re 10 & 12 Motions for Attys Griffis and Gausepohl to Appear Pro Hac Vice. (gi, ) (Entered: 04/24/2007) |
| 04/23/2007 | 15 | Minute Entry for Case Management Conference held on 4/23/2007 before Judge William J. Haynes. This matter is continued pending the Court's decision regarding MDL. (Court Reporter: Peggy Turner) (gi, ) (Entered: 04/24/2007) |
| 04/24/2007 | | Note to Filer re DE #10 & #12: Pursuant to Clerk's Office procedure, Certificates of Service must include the names and full addresses for all persons served, whether served electronically or by other means. It is not necessary to re-file these documents (gi, ) (Entered: 04/24/2007) |
| 04/26/2007 | 16 | ORDER granting 10 Motion for Atty Kirby T. Griffis to Appear Pro Hac Vice. Signed by Judge William J. Haynes on 4/25/07. (gi, ) (Entered: 04/26/2007) |
| 04/26/2007 | 17 | ORDER granting 12 Motion for Atty Gausepohl to Appear Pro Hac Vice. Signed by Judge William J. Haynes on 4/25/07. (gi, ) (Entered: 04/26/2007) |
| 04/26/2007 | | Email notification to Attys Gausepohl and Griffis re mandatory registration for a EM/ECF account (gi, ) (Entered: 05/01/2007) |
| 05/03/2007 | 18 | PROPOSED CASE MANAGEMENT ORDER filed by George Andrew Luffman. (Zuccarello, Donald) (Entered: 05/03/2007) |
| 05/07/2007 | 19 | ORDER: This action shall be held in abeyance pending a decision from the Judicial Panel on Multidistrict Litigation and all discovery shall be stayed during this time. Signed by Judge William J. Haynes Jr. on 5/4/07. (gi, ) (Entered: 05/07/2007) |
| 06/25/2007 | 20 | COPY OF TRANSFER ORDER rec'd this date from the MDL Judicial Panel transferring this case to the District of Rhode Island & assigned to Judge Mary H. Lisi. This order is NOT effective until filed in the Office of the Clerk for the District of Rhode Island. Hold for certified copy from that court. (aef, ) (Entered: 06/26/2007) |
| 06/28/2007 | 21 | CERTIFIED COPY OF TRANSFER ORDER rec'd from the District of Rhode Island. This case is ready for transfer. Proposed closing/transfer order prepared & sent to Judge's chambers for consideration. (aef, ) (Entered: 06/28/2007) |
| 07/23/2007 | 22 | ORDER: Pursuant to the Order of the Judicial Panel on Multidistrict Litigation, docket No. 1842, this case is transferred to the USDC, District of Rhode Island for coordinated or consolidated pretrial proceedings. Signed by Judge William J. Haynes Jr. on 7/20/07. (gi, ) (Entered: 07/23/2007) |