**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION**

| | | |
|---|---|---|
| GEORGE ANDREW LUFFMAN, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Civil Action No.: ____________ |
| v. | ) | |
| | ) | |
| DAVOL INC., a Rhode Island corporation; | ) | |
| C. R. BARD, INC., a New Jersey corporation, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF REMOVAL**

Defendants Davol Inc. and C. R. Bard, Inc. ("Defendants"), by its undersigned counsel, hereby removes the above-captioned matter from the Circuit Court for Davidson County, Tennessee, to the United States District Court for the Middle District of Tennessee, Nashville Division, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. In support of removal, Defendants respectfully state:

1. Plaintiff filed this action in the Circuit Court for Davidson County, Tennessee, on January 24, 2007. Defendants were served on January 25, 2007.

2. As more fully set forth below, this case is properly removed to this Court pursuant to 28 U.S.C. § 1441 because Defendants have satisfied the procedural requirements for removal, and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1441(a).

**I. <u>Defendants Have Satisfied the Procedural Requirements for Removal</u>**

3. <u>Removal is timely</u>. Defendants were served with a copy of the Complaint on January 25, 2007. *See* Att. A (copy of all process, pleadings, and orders served upon, including the summons and complaint). This Notice of Removal is being filed within 30 days of the first

date on which Defendants received a copy of the Complaint through service, and so is timely pursuant to 28 U.S.C. § 1446(b).

4. Venue is proper. The Circuit Court for Davidson County, Tennessee is located within the Middle District of Tennessee, Nashville Division, and, therefore, venue is proper in this Court pursuant to 28 U.S.C. § 123(b)(1) because it is "the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

5. No further proceedings have been had in the state court action.

6. No previous application has been made for the relief requested herein.

7. A copy of the written notice required by 28 U.S.C. § 1446(d) is attached as Att. B and is being filed in the Circuit Court for Davidson County, Tennessee and served on Plaintiff.

## II. Removal is Proper in This Case

8. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because this is a civil action between citizens of different states and the amount in controversy exceeds the sum of $75,000 exclusive of costs and interest.

### A. Complete diversity exists between Plaintiff and Defendants.

9. The Complaint states that the Plaintiff "is a citizen and resident of Davidson County residing at 308 Rucker Avenue, Nashville, Tennessee." Compl. ¶ 1.

10. Davol and Bard are, and have been at all relevant times, corporations incorporated under the law of the States of Delaware and New Jersey respectively, *see* Compl. ¶ 2 ("Defendants . . . are foreign corporations . . . ."), with their principal places of business in Rhode Island and New Jersey respectively. For purposes of determining jurisdiction pursuant to 28 U.S.C § 1332(c)(1), therefore, Davol and Bard are not citizens of the state of Tennessee.

### B. The amount in controversy requirement is satisfied.

11. Plaintiff seeks $300,000 in damages from Defendants. *See generally* Compl.

WHEREFORE, Defendants respectfully remove this action from the Circuit Court for Davidson County, Tennessee to this Court pursuant to 28 U.S.C. § 1441.

Date: February 26, 2007

Respectfully submitted,

BY: Melissa L. Stevens by BMC by permission (BPR # 18134)

Melissa Loney Stevens
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
2200 Riverview Tower
900 South Gay Street
PO Box 1792
Knoxville, TN 37902
(865) 549-7000
(865) 525-8569 (fax)

Of Counsel:

Kirby T. Griffis
Dana Alan Gausepohl
Spriggs & Hollingsworth
1350 I Street N.W.
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)

Attorneys for C.R. Bard, Inc. and Davol Inc.